S14049

INDEX #: 5:19-CV-00685-XR

**STATE OF TEXAS, COUNTY OF WESTERN DISTRCT**
Attorneys: Company: STEIN SAKS, PLLC PH: (201) 282-6500 x115
Address: 285 PASSAIC STREET HACKENSACK, NJ 07601

Date Filed: 06/14/2019

Client's File No.: _____

*BRIDGETT MOSES RUCKER*

*Plaintiff*

vs

*TRANS UNION LLC ET AL*

*Defendant*

STATE OF _California_ , COUNTY OF _San Mateo_  SS.:  **AFFIDAVIT OF SERVICE**

Tony Klein _____, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On _July 1, 2019_ at _12:50 PM_, deponent served the within
at _464 California St., San Francisco, CA 94104_
SUMMONS IN A CIVIL ACTION, DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, INSTR. FOR ATTY'S COMPLETING CIVIL COVER SHEET FORM JS 44

on: **WELLS FARGO BANK, NA** , _____ therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering thereat a true copy of each to _Rozy Hovakivian_ and that deponent knew the person so served to be the _Service Manager_ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#5 MAIL COPY** [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.
[ ] and by Certified Mail # _____.

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: _female_  Color of skin: _white_  Color of hair: _brown_  Age: _30_  Height: _5'6"_
Weight: 145 lbs.  Other Features: _____

**#8 WIT FEES** [ ] Subpoena Fee Tendered in the amount of _____

**#9 MILITARY SRVC** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military u

**#10 OTHER** [ ] _____

Sworn to before me on _____

Tony Klein

See attached jurat

Job # 514049

STATE OF CALIFORNIA       )
                          ) ss:
COUNTY OF SAN MATEO       )

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Subscribed and sworn to (or affirmed) before me this 1st day of July 2019 by Tony Klein, proved to me on the basis of satisfactory evidence to me to be the person who appeared before me.

*Romy Ibarra-Klein* (signature)



ROMY IBARRA-KLEIN
Notary Public - California
San Francisco County
Commission # 2285208
My Comm. Expires May 11, 2023